UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62295-CV-DIMITROULEAS

IRINA POTINA,

Petitioner,

v.

WARDEN OF THE BROWARD
TRANSITIONAL CENTER, et al.,

Respondent.
_______________________________________/

**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**

**THIS CAUSE** is before the Court on Petitioner Irina Potina ("Petitioner")'s Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (the "Petition") [DE 1], filed August 19, 2026, and the Motion for Temporary Restraining Order [DE 4], filed the same day. The Court has considered the Petition [DE 1], the Motion [DE 4] and the Response [DE 7] is otherwise fully advised in the premises.

Petitioner is not yet subject to a final order of removal and remains in immigration removal proceedings. The Eleventh Circuit requires that such pre-order detainees are subject to the provisions of 8 U.S.C. § 1226 and are therefore entitled to an individualized bond hearing. *Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami*, 175 F.4th 1258 (11th Cir. 2026). This Court is not persuaded by the Government's arguments that *Alvarez* does not apply to the instant Petitioner.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Petition [DE 1] and the Motion [DE 4] are **GRANTED IN PART** to the extent that Petitioner shall be afforded an individualized bond hearing in accordance with 8 U.S.C. § 1226 by September 1, 2026.
2. Respondents shall file a notice in the record upon the completion of the bond hearing indicating (1) that an individualized bond hearing was afforded and (2) the outcome of that bond hearing.
3. A hearing in this matter is hereby set for **Wednesday, September 2, 2026**, at 1:00 PM in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida. The hearing may be cancelled upon notification that the bond hearing was held.
4. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.
5. The Court **RETAINS JURISDICTION** to enforce this Order.
6. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of August 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov