UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62295-CV-DIMITROULEAS

IRINA POTINA,

Petitioner,

v.

JOHN DOE, Warden,
Broward Transitional Center,
GARRETT RIPA, Field Office Director, Miami
Field Office, U.S. ICE;
DAVID VENTURELLA, Acting Director, ICE;
MARKWAYNE MULLIN, Secretary,
Department of Homeland Security; and TODD BLANCHE,
Attorney General of the United States,

Respondents.
_______________________________________/

**ORDER DENYING PETITIONER'S MOTION TO ENFORCE JUDGMENT**

**THIS CAUSE** is before the Court on Petitioner Irina Potina ("Petitioner")'s Motion to Enforce Judgment (the "Motion") [DE 13], filed September 21, 2026. The Court has considered the Motion and is otherwise fully advised in the premises.

Petitioner had a bond hearing on September 1, 2026. [DE 12]. The Immigration Judge denied the request for bond because Petitioner was deemed a flight risk. *See* [DE 12-1]. Petitioner reserved the right to appeal the Immigration Judge's Order and has been given until October 1, 2026 to file the appeal. *See id.*

The Court declines to comment on Petitioner's challenge to the outcome of the bond hearing, which is not properly before the Court, and which lies in the sound discretion of the immigration judge. *See* 8 U.S.C. § 1226(e) ("No court may set aside any action or decision by

the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole."). Moreover, Petitioner has not yet exhausted administrative remedies and may appeal the immigration judge's decision to the Board of Immigration Appeals. *See* 8 C.F.R. § 1236.1(d)(3)(i); *see also* 8 C.F.R. § 1003.38.

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion [DE 13] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22nd day of September, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to
Counsel of record